**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Denise Marion Quinones        BK NO. 25-03313 HWV
               Debtor(s)

Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
01 Dec 2025, 13:15:09, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322