## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Denise Marion Quinones  
              Debtor(s)

BK NO. 25-03313 HWV

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

    Respectfully submitted,

/s/ *Matthew Fissel*  
Matthew Fissel  
01 Dec 2025, 13:15:09, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322