Certificate Number: 16339-PAM-DE-040380336

Bankruptcy Case Number: 25-03313



16339-PAM-DE-040380336

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2025, at 7:10 o'clock PM EST, Denise Quinones completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 4, 2025

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor