United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 25-03313-HWV

Denise Marion Quinones  
    Debtor

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 22, 2025      Form ID: ntcnfhrg      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Marion Quinones, 12 East Roosevelt Avenue, Middletown, PA 17057-2035 |
| 5759495 | + | Borough of Middletown, 60 West Emaus Street, Middletown, PA 17057-1407 |
| 5759505 | + | Hummelstown Fuel Oil Service, 10 Cameron Avenue, Hummelstown, PA 17036-1899 |
| 5759508 | + | Middletown Borough, c/o Keystone Collections Group, PO Box 502, Irwin, PA 15642-0502 |
| 5759509 | + | Middletown Water, PO Box 28328, Newark, NJ 07101-3160 |
| 5759526 | | Veolia, 6189 Adams Drive, Hummelstown, PA 17036 |
| 5759528 | + | Youngs Medical Equipment, PO Box 748850, Los Angeles, CA 90074-8850 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5759494 | + | Email/Text: g17768@att.com | Dec 22 2025 18:43:00 | AT&T, 1025 Lenox Park Blvd NE, Atlanta, GA 30319-5309 |
| 5759493 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2025 18:52:05 | Ally Credit Card/CWS, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5759496 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2025 18:51:57 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5759497 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2025 18:44:00 | CitiBank, N.A., c/o Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5759500 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2025 18:52:14 | Credit One Bank, N.A., Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5759499 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2025 18:52:06 | Credit One Bank, N.A., c/o Portfolio Recovery Associates,, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5759501 | + | Email/Text: mrdiscen@discover.com | Dec 22 2025 18:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5759502 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2025 18:44:00 | First Electonic Bank/Destiny, c/o Midland Credit Mamangement, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5759503 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2025 18:51:57 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5759504 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2025 18:44:00 | Fortiva, c/o Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartekk, MN 56377-4500 |
| 5759491 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2025 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5766752 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2025 18:44:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5759506 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Dec 22 2025 18:52:05 | | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5762758 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2025 18:52:06 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5765264 | | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 22 2025 18:52:06 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5759507 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 22 2025 18:52:06 | | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5761356 | + | Email/PDF: cbp@omf.com Dec 22 2025 18:51:57 | | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5759510 | + | Email/PDF: cbp@omf.com Dec 22 2025 18:52:13 | | OneMain Financial/BrightWay, PO Box 981037, Boston, MA 02298-1037 |
| 5759492 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2025 18:44:00 | | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5766860 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2025 18:52:05 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5767194 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2025 18:52:05 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5767323 | + | Email/Text: JCAP_BNC_Notices@jcap.com Dec 22 2025 18:44:00 | | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5759511 | + | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2025 18:51:58 | | Reflex Celtic Bank, c/o LVNV Funding/Resurgent Capi, PO Box 10497, Greenville, SC 29603-0497 |
| 5759512 | + | Email/Text: bankruptcyteam@rocketmortgage.com Dec 22 2025 18:44:00 | | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5759513 | + | Email/PDF: clerical@simmassociates.com Dec 22 2025 18:52:17 | | SIMM Associates, 800 Pencader Drive, Newark, DE 19702-3354 |
| 5759514 | ^ | MEBN Dec 22 2025 18:38:54 | | Stern & Eisenberg, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5759515 | + | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2025 18:51:58 | | Surge Celtic Bank, c/o LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 5759516 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 22 2025 18:52:12 | | Syncb/eBay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5759517 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 22 2025 18:52:12 | | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5759518 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2025 18:51:57 | | Synchrony Bank/Lowes, c/o Portfolio Recovery Associates,, PO Box 12914, Norfolk, VA 23541-0914 |
| 5759519 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2025 18:51:57 | | Synchrony Bank/Paypal Cashback MC, c/o Portfolio Recovery Associates,, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5759520 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2025 18:52:05 | | Synchrony Bank/Sam's, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-0914 |
| 5759521 | + | Email/Text: bncmail@w-legal.com Dec 22 2025 18:44:00 | | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5759522 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 22 2025 18:44:00 | | The Bank of Missouri/Milestone, c/o Midland Credit Mamangement, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5759523 | + | Email/Text: accountservicing@trueaccord.com Dec 22 2025 18:44:00 | | True Accord, 16011 College Boulevard, Suite 130, |

| | | | | |
|---|---|---|---|---|
| | | | | Lenexa, KS 66219-9877 |
| 5759860 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 22 2025 18:52:13 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5759524 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 22 2025 18:52:13 | US Department of Housing and Urban, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5759498 | | Email/Text: bnc_4301@velocityrecoveries.com | Dec 22 2025 18:44:00 | Continental Finance Company, LLC, c/o Velocity Investments, Llc, 1800 Route 34n, Suite 305, Wall, NJ 07719 |
| 5759525 | ^ | MEBN | Dec 22 2025 18:38:52 | Velocity Investments, PO Box 788, Wall, NJ 07719-0788 |
| 5759527 | + | Email/PDF: cbp@omf.com | Dec 22 2025 18:52:05 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 24, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Denise Marion Quinones gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Denise Marion Quinones,

**Debtor 1**

Chapter 13

Case No. 1:25−bk−03313−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 28, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 4, 2026 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 22, 2025 |

ntcnfhrg (08/21)