# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

June 24, 2026

**<u>Via ECF Only</u>**

TO:    US BANKRUPTCY COURT - CLERK

RE:    Denise Quinones
        Chapter 13 - Bankruptcy Case No.  1:25-bk-03313

Dear Clerk:

Please be advised that the address for the following Creditor has changed.  The <u>new</u> address is:

WEBBANKONEMAIN
PO BOX 757
PORTSMOUTH NH 03802-0757

The Creditor's <u>previous</u> address was as follows:

WEBBANKONEMAIN
ATTN BANKRUPTCY
215 SOUTH STATE STREET SUITE 1000
SALT LAKE CITY UT 84111-2336

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

*Gary J Imblum*

Gary J. Imblum

GJI/srm