# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DENISE MARION QUINONES

CASE NO: 1:25-bk-03313 HWV

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 7/31/2026, I did cause a copy of the following documents, described below,

Order Confirming 1st Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/31/2026

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
717-538-5250
sharlene.miller@imblumlaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DENISE MARION QUINONES

CASE NO: 1:25-bk-03313 HWV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/31/2026, a copy of the following documents, described below,

Order Confirming 1st Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/31/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

                                     Chapter 13

Denise Marion Quinones                 Case number 1:25−bk−03313−HWV

          **Debtor 1**

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 4, 2026. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 30, 2026

orcnfpln(05/18)

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 125-BK-03313 HWV
MIDDLE DISTRICT OF PENNSYLVANIA
FRI JUL 31 8-14-7 PST 2026

EXCLUDE

(U)ROCKET MORTGAGE  LLC FKA QUICKEN LOANS  LL

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG  PA 17102-1104

ATT
1025 LENOX PARK BLVD NE
ATLANTA  GA 30319-5309

ALLY CREDIT CARDCWS
PO BOX 9222
OLD BETHPAGE  NY 11804-9222

BOROUGH OF MIDDLETOWN
60 WEST EMAUS STREET
MIDDLETOWN  PA 17057-1407

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CITIBANK  NA
CO MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA  SUITE 100
SAN DIEGO  CA 92108-3007

(P)VELOCITY PORTFOLIO GROUP  INC
1800 RT 34 NORTH
BLDG 3 SUITE 305
WALL NJ 07719-9146

CREDIT ONE BANK  NA
PORTFOLIO RECOVERY ASSOCIATES  LLC
120 CORPORATE BOULEVARD
NORFOLK  VA 23502-4952

CREDIT ONE BANK  NA
CO PORTFOLIO RECOVERY ASSOCIATES
120 CORPORATE BOULEVARD
NORFOLK  VA 23502-4952

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

FIRST ELECTONIC BANKDESTINY
CO MIDLAND CREDIT MAMANGEMENT
350 CAMINO DE LA REINA  SUITE 100
SAN DIEGO  CA 92108-3007

FIRST PREMIER BANK
3820 NORTH LOUISE AVENUE
SIOUX FALLS  SD 57107-0145

FORTIVA
CO JEFFERSON CAPITAL SYSTEMS  LLC
200 14TH AVENUE E
SARTEKK  MN 56377-4500

HUMMELSTOWN FUEL OIL SERVICE
10 CAMERON AVENUE
HUMMELSTOWN  PA 17036-1899

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KOHLS
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE  WI 53201-3043

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDDLETOWN AREA SCHOOL DISTRICT
MIDDLETOWN BOROUGH
CO KEYSTONE COLLECTIONS GROUP
546 WENDEL ROAD
IRWIN  PA 15642-7539

MIDDLETOWN BOROUGH
CO KEYSTONE COLLECTIONS GROUP
PO BOX 502
IRWIN  PA 15642-0502

MIDDLETOWN WATER
PO BOX 28328
NEWARK  NJ 07101-3160

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 981037
BOSTON  MA 02298-1037

ONEMAIN FINANCIALBRIGHTWAY
PO BOX 981037
BOSTON MA 02298-1037

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
ST CLOUD MN 56302-7999

EXCLUDE

(D)PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
ST CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
CKS PRIME INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

REFLEX CELTIC BANK
CO LVNV FUNDINGRESURGENT CAPI
PO BOX 10497
GREENVILLE SC 29603-0497

ROCKET MORTGAGE
ATTN BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT MI 48226-3573

ROCKET MORTGAGE LLC FKA QUICKEN LOANS AT
635 WOODWARD AVENUE
DETROIT MI 48226-3408

SIMM ASSOCIATES
800 PENCADER DRIVE
NEWARK DE 19702-3354

STERN EISENBERG
1581 MAIN STREET SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON PA 18976-3403

SURGE CELTIC BANK
CO LVNV FUNDINGRESURGENT CAPITAL
PO BOX 10497
GREENVILLE SC 29603-0497

SYNCBEBAY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKLOWES
CO PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK VA 23541-0914

SYNCHRONY BANKPAYPAL CASHBACK MC
CO PORTFOLIO RECOVERY ASSOCIATES
120 CORPORATE BOULEVARD
NORFOLK VA 23502-4952

SYNCHRONY BANKSAMS
PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK VA 23541-0914

TARGET NB
CO FINANCIAL RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS MN 55440-9475

THE BANK OF MISSOURIMILESTONE
CO MIDLAND CREDIT MAMANGEMENT
350 CAMINO DE LA REINA SUITE 100
SAN DIEGO CA 92108-3007

TRUE ACCORD
16011 COLLEGE BOULEVARD SUITE 130
LENEXA KS 66219-9877

EXCLUDE

(P)US DEPARTMENT OF HOUSING URBAN DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

(D)(P)US DEPARTMENT OF HOUSING URBAN
DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

VELOCITY INVESTMENTS
PO BOX 788
WALL NJ 07719-0788

VEOLIA
6189 ADAMS DRIVE
HUMMELSTOWN PA 17036

WEBBANKONEMAIN
PO BOX 757
PORTSMOUTH NH 03802-0757

DEBTOR

EXCLUDE

YOUNGS MEDICAL EQUIPMENT
PO BOX 748850
LOS ANGELES  CA 90074-8850

DENISE MARION QUINONES
12 EAST ROOSEVELT AVENUE
MIDDLETOWN  PA 17057-2035

GARY J IMBLUM
IMBLUM LAW OFFICES  PC
4615 DERRY STREET
HARRISBURG  PA 17111-2660

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625